**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: REVOCABLE TRUST OF DAVID ROTHSTEIN IN RE: DAVID ROTHSTEIN INSURANCE TRUST | : No. 69 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| PETITION OF: MARCI POLEKOFF | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.